

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2008

<u>By Fax and Hand</u>
The Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   <u>United States v. Donna Tillman</u>
           07 Cr. 1209

Dear Judge Katz:

    The Government respectfully submits this letter to request that: (1) the above-referenced Indictment be unsealed; and (2) this case be assigned to a United States District Judge. The case was previously designated Wheel A.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

                              By: _____
                                 E. Danya Perry
                                 Assistant United States Attorney
                                 Telephone: (212) 637-2434

SO ORDERED: 2/27/08

_____
The Honorable Theodore H. Katz
United States Magistrate Judge
Dated: February 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 27 2008

TOTAL P.02