CR 12 (Rev. 6/82)  **WARRANT FOR ARREST**  ORIGINAL

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DONNA TILLMAN, a/k/a "Donna Richards" | DOCKET NO.  MAGISTRATE'S CASE NO.<br>07 CRIM. 1209 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DONNA TILLMAN, a/k/a "Donna Richards" |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Bank Fraud; Bank Fraud Conspiracy; Money Laundering Conspiracy; Money Laundering

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>2, 1344, 1349, 1956, 1957 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |

| ORDERED BY<br>RONALD L. ELLIS<br>United States Magistrate Judge<br>Southern District of New York | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>Ronald Ellis | DATE ORDERED<br>December 20, 2007 |
|---|---|---|
| CLERK OF COURT<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  12/20/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | Kevine Stewart, S/A | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.