U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    **United States v. Donna Tillman**
            07 Cr. 1209 (LTS)

Dear Judge Swain:

    The Government respectfully writes on behalf of the parties to request an adjournment of the status conference scheduled for April 3, 2008, at 2:00 p.m. As the parties continue to discuss a possible disposition of this case, we respectfully request that the Court adjourn the conference to a date in mid-May. The Government further requests that time be excluded from today until the date of the next conference, under the Speedy Trial Act. Excluding time will best serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant to confer with her attorney and review the discovery, and will allow the parties time to discuss a possible disposition. Defense counsel consents to this exclusion.

*The adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to May 16, 2008, at 3:15 pm and time is excluded from speedy trial computations through that date.*

*SO ORDERED.*

*[signature] 4/2/08*

**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

cc: Berth Farber, Esq.