

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 2 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Donna Tillman</u>
07 Cr. 1209 (LTS)

Dear Judge Swain:

The Government respectfully writes on behalf of the parties to request a court date, at which time the defendant is expected to enter a guilty plea to Counts One and Two of the above-referenced Indictment. Both parties are available in the afternoon of May 27, 2008 or at any time on May 28, 2008. The Government further requests that time be excluded from today until the date of the next conference, under the Speedy Trial Act. Excluding time will best serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant to confer with her attorney regarding the plea proceeding and the proposed plea agreement. Defense counsel consents to this exclusion.

*A conference for purposes of addressing the anticipated plea will be held on May 27, 2008 at 3:00 pm.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

SO ORDERED.

/s/ Laura Taylor Swain 5/22/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: _____
E. Danya Perry
Assistant United States Attorney
(212) 637-2434

cc: Berth Farber, Esq.