UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 07-CR-1209 |
| vs. | | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| DONNA TILLMAN | : | |

-----------------------------------------------------x

The defendant, Donna Tillman, having requested to modify her conditions of release to allow her to travel to New Jersey on June 14, 2008 and Pennsylvania on June 18, 2008 with her children:

It is this  12th  day of June, 2008,

**ORDERED:** That the defendant's conditions of release are modified to allow for travel to and from New Jersey on June 14, 2008 and to and from Pennsylvania on June 18, 2008 in the company of her children.

_____
United States District Judge

ME1 7188790v.1