```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

        -v.-                         :    07 Cr. 1209 (LTS)

DONNA TILLMAN,                       :
    a/k/a "Donna Richards,"
                                     :
                Defendant.
                                     :
------------------------------------x
```

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

TO:  Clerk of the Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests that the Clerk of the Court:

   (A)  note his appearance in this case; and

   (B)  add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:        /s/
                              _____
                              Daniel W. Levy
                              Assistant United States Attorney
                              Telephone:  (212) 637-1062

To:  Beth M. Farber, Esq.
     One University Place
     New York, New York  10003
     E-mail:  farber@bethfarberlaw.com

     Counsel to defendant Donna Tillman

## **AFFIRMATION OF SERVICE**

DANIEL W. LEVY, pursuant to Title 28, United States Code, Section 1746, declares under the penalty of perjury:

I am employed in the Office of the United States Attorney for the Southern District of New York.

On June 27, 2008, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served via Clerk's Notice of Electronic Filing upon the following attorney, who is a filing user in this case:

> Beth M. Farber, Esq.
> One University Place
> New York, New York  10003
> E-mail:  farber@bethfarberlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         June 27, 2008

                                    /s/
                            _____
                            Daniel W. Levy
                            Assistant United States Attorney
                            Telephone:  (212) 637-1062