

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 27, 2008

By Facsimile
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: JUN 3 0 2008

Re: United States v. Tillman
    07 Cr. 1209 (LTS)

Dear Judge Swain:

Earlier this week, the Government requested until today to indicate whether it consented to the bench trial requested by the defendant.

The Government is still considering the defendant's request. The Government expects to have fully done so by next Wednesday, July 2, 2008, and, accordingly, requests until that date to inform the Court and the defendant of its decision.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Daniel W. Levy/E. Danya Perry
Assistant United States Attorneys
Telephone: (212) 637-1062/-2434

cc: Beth M. Farber, Esq. (by facsimile)

SO ORDERED:

_____ 6/27/08
The Honorable Laura Taylor Swain
United States District Judge