**LAW OFFICES OF BETH FARBER**
80 PINE STREET 33ᴿᴰ FL
NEW YORK, NY 10005
TEL: (212) 785-4275
FAX: (212) 785-4075
FARBER@BETHFARBERLAW.COM

July 2, 2008

The Honorable Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re.:   *United States v. Donna Tillman,*
       *07-cr-1209*

Dear Judge Swain,

On June 24, 2008, a conference was held in the above captioned case and another conference was scheduled for July 16, 2008.

By agreement of the parties and in consultation with the Court, the July 16th conference has been moved to July 17, 2008 at 3:30 pm.

The defense requests that the time between July 16, 2008 and July 17, 2008 be excluded under the Speedy Trial Act in the interests of justice.

Thank you very much for your attention in this matter.

Sincerely yours,

Beth M. Farber

Cc: Danya Perry, AUSA