## LAW OFFICES OF BETH FARBER

80 PINE STREET 33RD FL
NEW YORK, NY 10005
TEL: (212) 785-4275
FAX: (212) 785-4075
FARBER@BETHFARBERLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #:
DATE FILED: JUL 1 5 2008

July 2, 2008

The Honorable Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re.:    *United States v. Donna Tillman,*
*07-cr-1209*

Dear Judge Swain,

On June 24, 2008, a conference was held in the above captioned case and another conference was scheduled for July16, 2008.

By agreement of the parties and in consultation with the Court, the July 16th conference has been moved to July 17, 2008 at 3:30 pm.

The defense requests that the time between July16, 2008 and July 17, 2008 be excluded under the Speedy Trial Act in the interests of justice.

Thank you very much for your attention in this matter.

Sincerely yours,

Beth M. Farber

Cc: Danya Perry, AUSA

*The foregoing request is granted as in the interests of justice.*

SO ORDERED.

LAURA TAYLOR SWAIN    7/14/08
UNITED STATES DISTRICT JUDGE