USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 17 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | WAIVER OF TRIAL BY JURY |
| -v- | : | 07 Cr. 1209 (LTS) |
| DONNA TILLMAN | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    I acknowledge that I was fully informed by my counsel and by the Court of my right to trial by jury in this cause. I hereby waive that right, request the Court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated: New York, N.Y.
This 17 day of July, 2008.

_____
Defendant

APPROVED:

_____
Attorney for Defendant

    The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

_____
Assistant United States Attorney

    I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

_____
Laura Taylor Swain, U.S.D.J.